UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIL MALIK BEY, et al., | Case No. 22-cv-00411-WHO |
| Plaintiffs, | |
| v. | **ORDER GRANTING EXTENSION OF TIME** |
| CHRISTINA WELLS, et al., | Re: Dkt. No. 35 |
| Defendants. | |

Plaintiff's administrative request for additional time to respond to defendants' motion to dismiss is GRANTED. Plaintiff's amended complaint or opposition is due July 28, 2022. Defendants' reply is due August 4, 2022. The hearing on the motion to dismiss remains set for August 24, 2022 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: July 14, 2022

William H. Orrick
United States District Judge